# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **CASE NUMBER: 8:05-cr-439-T-26TGW**

**GREGORY LANG**
_____/

## ORDER CONTINUING PROBATION

Pursuant to notice, a Final Revocation of Probation hearing was held in open court on April 20, 2007. The defendant appeared with counsel, Mary Mills. Also present was the Probation Officer and Assistant United States Attorney Robert Mosakowski.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of probation. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his probation and that there is just cause for continuance of defendant's probation. It is, therefore, **ORDERED AND ADJUDGED:**

1.      The Judgment of Probation entered herein on February 3, 2006, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **CONTINUED** with the same terms and conditions.

2.      The defendant, Gregory Lang, shall participate in the Home Detention Program for a period of **180 DAYS**.

Page Two

3.     The defendant shall continue to make payments of $200.00 per month toward his restitution. In order to satisfy this direction, the Probation Office can set up direct payments from the employer.

**DONE AND ORDERED**, At Tampa, Florida, this <u>20th</u> day of April 2007.

**RICHARD A. LAZZARA**
**United States District Judge**

cc:     **U.S. Attorney - Robert Mosakowski**
        **Defense Counsel - Mary Mills**
        **Defendant - c/o Counsel**
        **U.S. Marshal**
        **U.S. Bureau of Prisons**
        **U.S. Probation**